AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
Sheet 1

**FILED**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT ARKANSAS**

# UNITED STATES DISTRICT COURT

Eastern District of Arkansas

SEP 27 2021

TAMMY H. DOWNS, CLERK
By: 
DEP CLERK

UNITED STATES OF AMERICA
v.
RICHARD COTTON

) **JUDGMENT IN A CRIMINAL CASE**
) (For **Revocation** of Probation or Supervised Release)
)
) Case No.  4:17-cr-00027-JM-1
) USM No.  31237-009
)
)          Marjorie E. Rogers
)          Defendant's Attorney

## THE DEFENDANT:

☑ admitted guilt to violation of condition(s)   1, 2, 3, 4, 5, 6, 7, and 8   of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 - Special | Failure to pay $100 special assessment as directed | 09/24/2021 |
| 2 - Standard (2) | Failure to report to probation office as instructed | 09/17/2020 |
| 3 - Special (14) | Failure to participate in substance abuse treatment as directed | 07/24/2020 |
| 4 - Special (15) | Failure to participate in mental health program as instructed | 07/24/2020 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  1587

Defendant's Year of Birth:   1993

City and State of Defendant's Residence:
Earle, Arkansas

09/24/2021
Date of Imposition of Judgment

_signature_
Signature of Judge

JAMES M. MOODY JR., U.S. DISTRICT JUDGE
Name and Title of Judge

9/27/21
Date

AO 245D (Rev. 09/19)  Judgment in a Criminal Case for Revocations
Sheet 1A

Judgment—Page 2 of 3

DEFENDANT: RICHARD COTTON
CASE NUMBER: 4:17-cr-00027-JM-1

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 5 - Mandatory (2) | Unlawful possession of a controlled substance | 09/17/2020 |
| 6 - Mandatory (3) | Unlawful use of a controlled substance | 09/17/2020 |
| 7 - Mandatory | Violation of federal, state, or local law | 08/27/2020 |
| 8 - Standard (3) | Leaving judicial district without permission | 07/14/2021 |

DEFENDANT: RICHARD COTTON
CASE NUMBER: 4:17-cr-00027-JM-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

18 MONTHS with no term of supervised release to follow

☑ The court makes the following recommendations to the Bureau of Prisons:

The Court recommends the defendant participate in residential substance abuse treatment, and educational and vocational programs during incarceration

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL